# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Dawn Nastali, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Dollar General Corporation,<br><br>    Defendant. | Case No. 3:22-CV-50212<br><br>Hon. Philip G. Reinhard<br><br><br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANT DOLLAR GENERAL CORPORATION'S
## MOTION TO DISMISS PURSUANT TO RULES 12(b)(6) AND 12(b)(1)

  Defendant Dollar General Corporation ("Dollar General") respectfully requests that the Court dismiss all of Plaintiff's claims, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff's Complaint fails to state a claim upon which relief can be granted. In the alternative, if any of Plaintiff's claims are found to state a claim, Dollar General requests dismissal of Plaintiff's request for injunctive relief pursuant to Federal Rule of Civil Procedure 12(b)(1) because Plaintiff lacks Article III standing to seek this remedy. Dollar General further requests that this Court grant any other relief that it deems just and proper.

  In support of this Motion, Dollar General hereby incorporates by reference the arguments and legal authorities set forth in its concurrently filed Memorandum of Law in Support of this Motion.

Dated: November 7, 2022

                Respectfully submitted,

                *s/ Sarah L. Brew*
                Sarah L. Brew (admitted *pro hac vice*)

        Tyler A. Young (admitted *pro hac vice*)
        Rory F. Collins (admitted *pro hac vice*)
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402-3901
        (612) 766-7000
        sarah.brew@faegredrinker.com
        tyler.young@faegredrinker.com
        rory.collins@faegredrinker.com

        Sophie Gotlieb (Bar No. 6332739)
        320 South Canal Street, Suite 3300
        Chicago, Illinois 60606
        (312) 569-1000
        sophie.gotlieb@faegredrinker.com

        *Attorneys for Defendant Dollar General Corporation*