# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Dawn Nastali

                         Plaintiff,

v.                                        Case No.: 3:22–cv–50212
                                                     Honorable Philip G. Reinhard

Dollar General Corporation

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 1, 2023:

       MINUTE entry before the Honorable Margaret J. Schneider: The parties' Proposed Case Management Order [27] is adopted as modified as follows: Rule 26(a)(1) disclosures due 02/28/23; 25 interrogatories and 15 requests for admission by each party to any other party; 4 fact depositions by Plaintiff and 4 fact depositions by Defendant, each deposition shall be limited to a maximum of 7 hours; file amended pleadings, add counts or parties, and file third–party complaints by 05/01/23; Rule 26(a)(2)(C) disclosures due by 09/01/23; Rule 26(e) supplements due by 09/01/23; fact discovery ends 10/02/23. Any retained expert discovery and dispositive motions are reserved at this time. The parties are directed to file a joint status report by 05/01/23, updating the Court on the status of discovery and any settlement discussions. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.