# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Dawn Nastali, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Dollar General Corporation,<br><br>Defendant. | Case No. 3:22-CV-50212<br>Class Action Complaint |

## NOTICE OF SUPPLEMENTAL AUTHORITY

NOW COMES Defendant, Dollar General Corporation, by counsel, Faegre Drinker Biddle & Reath LLP, and in support of its Notice of Supplemental Authority, attaches a copy of the Court's Memorandum Opinion and Order granting the defendant's motion to dismiss in *DeMaso v. Walmart, Inc.*, Case No. 21-cv-06334, dated February 7, 2023.

Dated: February 14, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

s/ *Tyler A. Young*
Sarah L. Brew (admitted pro hac vice)
Tyler A. Young (admitted pro hac vice)
Rory F. Collins (admitted pro hac vice)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
sarah.brew@faegredrinker.com
tyler.young@faegredrinker.com
rory.collins@faegredrinker.com

Sophie Gotlieb (Bar No. 6332739)
320 South Canal Street, Suite 3300
Chicago, IL 60606
(312) 569-1000
sophie.gotlieb@faegredrinker.com

*Attorneys for Defendant Dollar General Corporation*