# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Dawn Nastali,

Plaintiff,

v.

Dollar General Corporation,

Defendant.

Case No. 22 C 50212
Judge Philip G. Reinhard

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Case dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Reinhard dismissing case with prejudice for failure to state a claim.

Date: June 20, 2023

Thomas G. Bruton, Clerk of Court

/s/ Rhonda Jones, Deputy Clerk